914 A.2d 829

IN THE MATTER OF RUSSELL T. KIVLER, AN ATTORNEY
AT LAW (ATTORNEY NO. 001351973).

January 11, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–266, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **RUSSELL T. KIVLER** of **MERCERVILLE**, who was admitted to the bar of this State in 1973, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3(lack of diligence), *RPC* 1.4(a)(failure to communicate with client), *RPC* 1.16(d)(failure to return retainer after termination of representation) and *RPC* 8.1(b)(failure to cooperate with disciplinary authorities);

And the Disciplinary Review Board having further concluded that respondent should be required to return the $2500 retainer in the *Ribeca* matter;

And good cause appearing;

It is ORDERED that **RUSSELL T. KIVLER** is hereby suspended from the practice of law for a period of three months, effective February 5, 2007; and it is further

ORDERED that within sixty days of this Order, respondent shall return the $2500 retainer in the *Ribeca* matter and submit proof thereof to the Office of Attorney Ethics; and it is further

ORDERED that **RUSSELL T. KIVLER** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.